THE O. L. HALLENBECK. OLSEN v. CAHILL. (Circuit Court of Appeals, Second Circuit. November 21, 1904.) No. 78. Appeals from the District Court of the United States for the Eastern District of New York. Le Roy S. Gove, for appellant. Albert A. Wray, for appellees. Before LACOMBE, TOWNSEND, and COXE, Circuit Judges.

PER CURIAM. Decrees (119 Fed. 468) affirmed, on opinion below.

---

PACE v. UNITED STATES. (Circuit Court of Appeals, Fifth Circuit. March 28, 1905.) No. 1,388. In Error to the District Court of the United States for the Middle District of Alabama. W. W. Pearson, for plaintiff in error. W. S. Reese, Jr., and Julius Sternfeld, for the United States. Before PARDEE and SHELBY, Circuit Judges, and NEWMAN, District Judge.

PER CURIAM. The judgment of the District Court is affirmed, on the authority of Samuel M. Clyatt v. The United States, 25 Sup. Ct. 429, 49 L. Ed. ——, decided by the Supreme Court March 13, 1905. As to the second count in the indictment, see, also, Gardes v. United States, 87 Fed. 172, 30 C. C. A. 596.

---

POST v. UNITED STATES. (Circuit Court of Appeals, Fifth Circuit. March 28, 1905.) No. 1,352. In Error to the Circuit Court of the United States for the Southern District of Florida. On rehearing. For former opinion, see 135 Fed. 1. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. The opinion and decision heretofore filed practically dispose of indictments Nos. 141, 160, and 161. If the plaintiff in error is tried again on the issues raised by indictment No. 176, it will be found on an examination of the opinion that it decides all material questions raised on the former trial. The petition of plaintiff in error for a rehearing is therefore denied.

---

SOUTHERN BUILDING & LOAN ASS'N v. CAREY et al. (Circuit Court of Appeals, Sixth Circuit. March 19, 1904.) No. 1,268. Appeal from the Circuit Court of the United States for the Western District of Tennessee. Thomas M. Scruggs, for appellant. Thomas W. Brown, for appellees. No opinion. Affirmed, with costs. For opinion on motion for allowance of appeal, see 117 Fed. 325.

---

S. P. SHOTTER CO. v. LARSEN et al. (Circuit Court of Appeals, Fifth Circuit. March 28, 1905.) No. 1,391. Appeal from the District Court of the United States for the Southern District of Georgia. On rehearing. For former opinion, see 134 Fed. 705. Before PARDEE and SHELBY, Circuit Judges, and TOULMIN, District Judge.

PER CURIAM. The petition for rehearing in this case is granted. The case is ordered restored to the docket and set down for hearing on the first day of our next term at Atlanta, Ga.